**No. R69/15.**—Mantell Export Co. v. United States, reappraisements R66/9154, etc. (New York).

In accordance with stipulation of counsel that the issues and merchandise involved herein are the same in all material respects as those in *Mantell Export Company* v. *United States* (58 Cust. Ct. 662, R.D. 11290), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, was the proper basis for the determination of the value of the second-quality wooden coat hangers and that such value was $101 per 1,000, less the pro rata share of the items of ocean freight and marine insurance premium as invoiced.

**No. R69/16.**—Mantell Export Co. v. United States, reappraisement R67/9959 (New York).

In accordance with stipulation of counsel that the issues and merchandise involved herein are the same in all material respects as those in *Mantell Export Company* v. *United States* (58 Cust. Ct. 662, R.D. 11290), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, was the proper basis for the determination of the value of the second-quality unlacquered and semi-lacquered wooden coat hangers and that such value was $101 per 1,000, less the pro rata share of the items of ocean freight and marine insurance premium as invoiced.

BEFORE CHIEF JUDGE RAO, APRIL 24, 1969

**No. R69/17.**—Shalom Baby Wear, Inc. v. United States, reappraisement R68/4475 (New York).

In accordance with stipulation of counsel that the issues and facts are the same in all material respects as those in *Shalom Baby-Wear, Inc.* v. *United States* (54 Cust. Ct. 526, Reap. Dec. 10905), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of the cotton and ramie articles of wearing apparel in issue and that such value was the appraised value, less the buying commission, as stated on the invoices.